**Fred BARKER, Jr., Plaintiff–Appellant,**

v.

**MANCOR CAROLINA,
INCORPORATED, Defendant–Appellee.**

No. 01–2363.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 19, 2002.

Decided Dec. 13, 2002.

**622**

Chalmers C. Johnson, Chalmers Johnson Law Firm, Charleston, South Carolina, for Appellant. Vincent A. Sheheen, Savage, Royall & Sheheen, L.L.P., Camden, South Carolina, for Appellee.

Before MICHAEL, Circuit Judge, HAMILTON, Senior Circuit Judge, and HILTON, Chief United States District Judge for the Eastern District of Virginia, sitting by designation.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Fred Barker, Jr., appeals the district court's order accepting the recommendation of the magistrate judge to grant Mancor Carolina, Inc.'s motion for summary judgment in Barker's action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Barker v. Mancor Carolina, Inc.,* No. CA-00-1427 (D.S.C. filed Oct. 12, 2001 & entered Oct. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*